IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEITH WILSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COLLEGE OF LAKE COUNTY,<br><br>　　　　Defendant. | No. 14 C 9821 |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

　　　　Plaintiff KEITH WILSON and Defendant COLLEGE OF LAKE COUNTY hereby stipulate and voluntarily request that this Court enter an order dismissing the above-captioned matter with prejudice and without costs.  The reason for the voluntary dismissal with prejudice is that the parties' dispute has been satisfactorily resolved.

| KEITH WILSON | COLLEGE OF LAKE COUNTY |
|---|---|
| 　　/s/ Jaz Park　　　　　　　　<br>By:　Jaz Park | 　　/s/ Rachel E. Lutner　　　　<br>By:　Rachel E. Lutner<br>　　　One of its Attorneys |
| Date:  May 29, 2015 | Date:  May 29, 2015 |
| Jaz Park<br>Law Offices of Chicago-Kent College of Law<br>565 West Adams, Suite 600<br>Chicago, IL 60661 | Rachel E. Lutner (6225505)<br>Robert E. Riley (3128379)<br>Robbins, Schwartz, Nicholas,<br>　Lifton & Taylor, Ltd.<br>55 West Monroe Street, Suite 800<br>Chicago, Illinois 60603-5144<br>(312) 332-7760 telephone<br>(312) 332-7768 facsimile |

**CERTIFICATE OF SERVICE BY ELECTRONIC MAILING**

      I hereby certify that I electronically filed the foregoing Stipulation of Voluntary Dismissal with Prejudice with the Clerk of the Court using the CM/ECF system on this 29th day of May, 2015, which constitutes service on all counsel of record, registered filing users, pursuant to Fed. R. Civ. P. 5(b)(2)(D) and L.R. 5.9:

                                            /s/ Rachel E. Lutner
                                            Rachel E. Lutner